# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __LEDA D. WETTRE, USMJ__ |
| v. | MAGISTRATE NO.: __2:19-mj-3377 (JBC)__ |
| BRENDA SMITH | DATE OF PROCEEDINGS: __9/30/2019__ |
| | DATE OF ARREST: ____ |

PROCEEDINGS: __Bail Hearing__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ____AFPD ____CJA
( ) WAIVER OF HRG.: ____PRELIM ____REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ____GUILTY ____NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
(X) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: ____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED ____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ____COURT ____JURY
( ) SENTENCING
( ) OTHER: ____

DATE: ____
DATE: ____
DATE: ____
DATE: ____
DATE: ____

APPEARANCES:

AUSA __Courtney Howard, AUSA__

DEFT. COUNSEL __Kevin Carlucci, AFPD__

PROBATION ____

INTERPRETER ____
    Language: ( )

Time Commenced: __3:36 pm__
Time Terminated: __3:49 pm__
CD No: __ECR__

*Kimberly Darling*
DEPUTY CLERK