# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. James B. Clark, III, U.S.M.J. |
| v. : | Mag. No. 19-3377 |
| BRENDA SMITH : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Courtney A. Howard and Catherine Murphy, Assistant United States Attorneys), and defendant Brenda Smith (by Kevin Carlucci, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 15, 2020 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through her attorney, having consented to the continuance; and two prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution of these

negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 9th day of January 2020;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 15, 2020; and it is further

ORDERED that the period from the date this Order is signed through March 15, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JAMES B. CLARK
United States Magistrate Judge

Form and entry consented to:

_____
Courtney A. Howard
Catherine Murphy
Assistant United States Attorneys

_____
Kevin Carlucci, Esq.
Counsel for Defendant Brenda Smith